UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSHUA BISSAH,

            Defendant.

USDC...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-2023

ORDER

23 Cr. 331 (LAK)

WHEREAS, with defendant JOSHUA BISSAH's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 14, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, and plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:    New York, New York
           August 24, 2023

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK