**COHEN, FRANKEL & RUGGIERO LLP**
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-24

35-07 90TH STREET
JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

January 4, 2024

**VIA ECF**
The Honorable Lewis A. Kaplan
Senior United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Joshua Ntella Bissah*
    **23 Cr. 331 (PAK)**

Dear Judge Kaplan:

Please recall that our firm represented Mr. Joshua Ntella Bissah in the above-referenced matter. On December 20, 2023, Your Honor sentenced Mr. Bissah to 30 months of imprisonment and 3 years of supervised release, and ordered that he surrender himself prior to 2:00 p.m. on January 5, 2024, to an institution designated by the Bureau of Prisons ("BOP"). Today, Mr. Bissah contacted our firm regarding his surrender date and advised that he has not yet been designated by the BOP. Similarly, we have not heard anything from the BOP with regard to a surrender location. Therefore, I respectfully request that Your Honor postpone Mr. Bissah's surrender date for 45-days or such time as the BOP is able to designate him, whichever comes first. Thank you for your consideration of this request.

Respectfully submitted,

Mark I. Cohen

MIC/gmf

Cc:    A.U.S.A. Ryan Finkel (via ECF)
       A.U.S.A. Matthew Weinberg (via ECF)
       A.U.S.A. Danielle Kudla (via ECF)
       Mr. Joshua Ntella Bissah (via email)

SO ORDERED

LEWIS A. KAPLAN, USDJ