UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

JOSHUA NTELLA BISSAH,

    Defendant.
------------------------------------------------------------X

**ORDER FOR THE RETURN OF TRAVEL DOCUMENTS IN THE CUSTODY OF THE UNITED STATES PRETRIAL SERVICES AGENCY**

23 Cr. 331 (LAK)

Upon the application of Defendant Joshua Ntella Bissah, through his attorney Mark I. Cohen, it is hereby ORDERED that:

1. Defendant's motion for the return of his wife's, Naa Korney's, passport that is in the custody of the United States Pretrial Services Agency is GRANTED; and

2. The United States Pretrial Services Agency shall return Naa Korney's passport to her forthwith.

IT IS SO ORDERED.

Dated: New York, New York
      January ___, 2024
      Feb. 1

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ