```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

JOSHUA NTELLA BISSAH,

          Defendant.
-----------------------------------------------------------X

**MOTION FOR THE RETURN OF DEFENDANT'S TRAVEL DOCUMENTS IN THE CUSTODY OF THE UNITED STATES PRETRIAL SERVICES AGENCY**

**23 Cr. 331 (LAK)**

    Defendant Joshua Ntella Bissah, through his attorney Mark I. Cohen, moves this Court to issue an order for the return of his Ghanaian and United States passports and passport card that is are the possession of the United States Pretrial Services Agency.

    On June 20, 2023, Mr. Bissah made his initial appearance before Magistrate Judge Gabriel W. Gorenstein. He was ordered released on a $500,000 personal recognizance bond co-signed by three financially responsible persons and placed under the courtesy supervision of the United States Probation Department for the District of Colorado. Additionally, Mr. Bissah surrendered his Ghanaian and United States passports and passport card to the United States Pretrial Services Agency.

    On December 20, 2023, Mr. Bissah was sentenced to a term of 30 months' imprisonment. He surrendered himself as directed on January 5, 2024, and was released from BOP custody on July 9, 2025.

    Because Mr. Bissah complied with all bail orders of this Court, was sentenced, and completed his term of incarceration, he requests that the Court order the United States Pretrial Services Agency to return Mr. Bissah's Ghanaian and United States passports and passport card to him.

                                    Respectfully submitted,

                                      Mark I. Cohen

Dated: New York, New York
        July 24, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

JOSHUA NTELLA BISSAH,

            Defendant.
------------------------------------------------------------X

**ORDER FOR THE RETURN OF DEFENDANT'S TRAVEL DOCUMENTS IN THE CUSTODY OF THE UNITED STATES PRETRIAL SERVICES AGENCY**

**23 Cr. 331 (LAK)**

     Upon the application of Defendant Joshua Ntella Bissah, through his attorney Mark I. Cohen, it is hereby ORDERED that:

     1. Defendant's motion for the return of his United States and Ghanaian passports and passport card that are in the custody of the United States Pretrial Services Agency is GRANTED; and

     2. The United States Pretrial Services Agency shall return Mr. Bissah's United States and Ghanaian passports and passport card to him forthwith.

IT IS SO ORDERED.

Dated: New York, New York
       July 24, 2025

                                                    _[signature]_  8/1/25
                                           The Honorable Lewis A. Kaplan
                                           United States District Judge
                                           Southern District of New York